# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

---

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

---

| | |
|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | |
| Plaintiff, | Adv. Proceeding No. 25-05008 (JAM) |
| v. | |
| CYGLASS INC, | |
| Defendant. | |

---

## CERTIFICATE OF SERVICE REGARDING SUMMONS, COMPLAINT, AND NOTICE OF APPLICABILITY OF AVOIDANCE ACTION PROCEDURES

On February 12, 2025, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), filed his *Adversary Complaint* and certain exhibits thereto [Adv. Proc. ECF No. 1]

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications].

(collectively, the "Complaint") using the Court's case management/electronic case files system ("CM/ECF").

On February 18, 2025, the *Summons* [Adv. Proc. ECF. No. 3] (the "Summons") was filed via CM/ECF.

On February 18, 2025, the Trustee filed the *Notice of Applicability of Avoidance Action Procedures* [Adv. Proc. ECF No. 5] (the "Procedures Notice" and, together with the Complaint and the Summons, collectively, the "Served Documents") via CM/ECF.

On February 26, 2025, I caused the Served Documents to be sent via first-class U.S. Mail and via Federal Express overnight delivery to defendant CyGlass Inc., at the following address(es):

> CyGlass Inc.
> 305 Foster Street
> Suite 200
> Littleton, MA 01460
> Attn: Officer, Managing or General Agent

Dated: March 24, 2025
New Haven, Connecticut

/s/ *Patrick R. Linsey*
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com